**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CHARLES ASHFORD                                                                                   PLAINTIFF
ADC #133975

V.                                                  NO: 5:09CV00291 HDY

WALTER WASHINGTON *et al.*                                                                  DEFENDANTS

**ORDER**

In response to the Court's order of November 23, 2009 (docket entry #13), and in anticipation

of the pre-jury evidentiary hearing scheduled for April 12, 2010, at 10:00 a.m., in Room #2B, of the

Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas; Plaintiff has submitted

a statement of his intent to continue with the prosecution of this case (docket entry #15). Plaintiff

has not requested any witnesses. The Court notes that the evidentiary hearing to be conducted is

limited in scope. Due to this limited scope, the Court concludes that Plaintiff will be allowed no

witnesses other than himself.

IT IS THEREFORE ORDERED THAT:

1.      Due to the limited nature of the evidentiary hearing, Plaintiff will be allowed no

witnesses other than himself.

2.      The Arkansas Department of Correction is directed to ensure Plaintiff's attendance

at the hearing, and to bring Plaintiff's institutional and medical records to the hearing.

IT IS SO ORDERED this __30__ day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE