# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

CHARLES ASHFORD                                                              PLAINTIFF
ADC #133975

V.                                 NO: 5:09CV00291 HDY

WALTER WASHINGTON *et al.*                                DEFENDANTS

## ORDER

On March 30, 2010, Plaintiff filed a motion (docket entry #26) seeking an order granting his motion to amend. However, Plaintiff's motion to amend has been denied (docket entry #24). Accordingly, Plaintiff's motion for an order (docket entry #26) is DENIED.

IT IS SO ORDERED this   31   day of March, 2010.

_____
UNITED STATES MAGISTRATE JUDGE