**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES ASHFORD                                                                    PLAINTIFF
ADC #133975

V.                                               NO: 5:09CV00291 HDY

WALTER WASHINGTON *et al.*                                           DEFENDANTS

## ORDER

For good cause shown, Plaintiff's motion to voluntarily dismiss his complaint (docket entry

#46) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this __30__ day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE