**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

CHARLES ASHFORD                                                                                    PLAINTIFF
ADC #133975

V.                                      NO: 5:09CV00291 HDY

WALTER WASHINGTON *et al.*                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.

DATED this   30   day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE